# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Dean A. Holcomb,<br>*Plaintiff*<br>v.<br><br>Lieutentant Jeff Kindley *in their individual and official capacity*; Assistant Solicitor Russell D. Ghent *in their individual and official capacity*; Lt. Pendergrass *in their individual and official capacity also known as Pendergrass;* Major Stowers *in their individual and official capacity also known as Marshall Stowers*.<br>*Defendants* | )<br>)<br>) Civil Action No. 1:18-cv-03182-MGL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Dean A. Holcomb, shall take nothing of the defendants, Lieutentant Jeff Kindley *in their individual and official capacity*; Assistant Solicitor Russell D. Ghent *in their individual and official capacity*; Lt. Pendergrass *in their individual and official capacity also known as Pendergrass;* Major Stowers *in their individual and official capacity also known as Marshall Stowers*, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date: January 8, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*